# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harris, Debria L

Printed: 03/03/09

Case Number:  04 B 44205
Judge: Squires, John H
Filed:  12/1/04

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 21, 2009
Confirmed:  March 2, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,815.53 |  |
| Secured: |  | 9,964.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 650.65 |
| Other Funds: |  | 0.00 |
| Totals: | 12,815.53 | 12,815.53 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,200.00 | 2,200.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 12,707.17 | 9,624.02 |
| 4. | City Of Chicago | Secured | 450.32 | 340.86 |
| 5. | Providian National Bank | Unsecured | 863.70 | 0.00 |
| 6. | Midnight Velvet | Unsecured | 30.11 | 0.00 |
| 7. | Seventh Avenue | Unsecured | 176.52 | 0.00 |
| 8. | Resurgence Financial LLC | Unsecured | 562.02 | 0.00 |
| 9. | National Capital Management | Unsecured | 414.44 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 195.54 | 0.00 |
| 11. | Capital One | Unsecured | 270.96 | 0.00 |
| 12. | SBC | Unsecured | 263.52 | 0.00 |
| 13. | Swiss Colony | Unsecured | 150.14 | 0.00 |
| 14. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 15. | AMO | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Capital One | Unsecured |  | No Claim Filed |
| 22. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 23. | Circuit City | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | Meryns | Unsecured |  | No Claim Filed |
| 26. | Home Depot | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Debria L | Case Number: 04 B 44205 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 03/03/09 | Filed: 12/1/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 28. | Retailers National Bank | Unsecured | | No Claim Filed |
| 29. | Eddie Bauer | Unsecured | | No Claim Filed |
| 30. | World Com | Unsecured | | No Claim Filed |
| 31. | Wells Fargo | Unsecured | | No Claim Filed |
| 32. | Action Card | Unsecured | | No Claim Filed |
| 33. | World Com | Unsecured | | No Claim Filed |
| | | | $ 18,284.44 | $ 12,164.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 97.76 |
| 3% | 25.23 |
| 5.5% | 183.07 |
| 5% | 41.69 |
| 4.8% | 40.03 |
| 5.4% | 156.36 |
| 6.5% | 106.51 |
| | $ 650.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: